

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-14-00777-CV |
| Trial Court Cause Number: | 2012-59660 |
| Style: | Hispanic Housing and Education Information |
| | **v** Chicago Title Insurance Company |
| Date motion filed*: | September 17, 2014 |
| Type of motion: | Motion to extend time to file notice of appeal |
| Party filing motion: | Appellant |
| Document to be filed: | Notice of appeal |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 2, 2014 |
| Number of previous extensions granted: | 0 |
| Date Requested: | September 16, 2014 (the date the notice of appeal was filed) |

Ordered that motion is:

☒ Granted

   If document is to be filed, document due:

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other:

Judge's signature: /s/ Jane Bland
                    ☒ Acting individually

Date:  October 2, 2014